**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**NOV 10 2004**

**PATRICK FISHER**
**Clerk**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

JOHN CHARLES GAUTHIER,

      Petitioner - Appellant,

v.

STATE OF OKLAHOMA and JESSE
T. SUTTER, JR., Warden,

      Respondents - Appellees.

No. 04-5082
(D.C. No. 04-CV-387-EA(J))
(N.D. Okla.)

**ORDER**

Before **EBEL**, **MURPHY** and **McCONNELL**, Circuit Judges.

The petition for rehearing filed in this court on November 3, 2004, is
GRANTED.  Our previous order in this case, filed on October 22, 2004, is
VACATED.  We AFFIRM the district court's denial of a certificate of
appealability to the petitioner because the petitioner has failed to exhaust his state
remedies.  It now appears that the petitioner is in the process of exhausting his
state remedies in the Oklahoma state courts.  Thus, the dismissal of his habeas

petition is WITHOUT PREJUDICE.

ENTERED FOR THE COURT


David M. Ebel
Circuit Judge